DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

AARON MARK NAYLOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1473

————————————————

April 3, 2024

Appeal from the Circuit Court for Manatee County; Frederick P. Mercurio, Judge.

Howard L. Dimmig, II, Public Defender and Tosha Cohen, Assistant Public Defender, Bartow, for Appellee.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

   Affirmed.

SILBERMAN, KELLY, and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.